SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------X
TREADSTONE 77, INC. and JERRY HAUSER,

                      Plaintiffs,

    -against-

LAWRENCE A. OMANSKY, ROBERT J.
BARSCH, R.R. LOVE LTD. a/k/a
LOVE PUBLISHING LTD., JAMES BERNARD
d/b/a EXPANSION UNION, TVT MUSIC,
INC., WAX TRAX! RECORDS, INC., CLERK
OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK,

                      Defendants.
----------------------------------------X

Index No. 112167/07

Plaintiffs designate
New York County as
the place of trial.

SUMMONS

The basis of venue
is defendants'
residence.

Plaintiffs'
Address is:
c/o Noel W. Hauser
270 Madison Avenue
New York, NY 10016

TO THE ABOVE NAMED DEFENDANTS

    YOU ARE HEREBY SUMMONED to answer the Complaint in this action and to serve a copy of your answer, or, if the Complaint is not served with this Summons, to serve a notice of appearance on the plaintiff's attorney within 20 days after the service of this Summons, exclusive of the day of service (or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

    This is an action for monetary damages.

DATED:    New York, New York
            August 29, 2007

Yours etc.,

NOEL W. HAUSER AND ASSOCIATES
Attorneys for Plaintiff
270 Madison Avenue, 13th Floor
New York, New York 10016
212 688-6400

DEFENDANTS' ADDRESS:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------X

TREADSTONE 77, INC. and JERRY HAUSER,

                Plaintiffs,

-against-

LAWRENCE A. OMANSKY, ROBERT J.
BARSCH, R.R. LOVE LTD. a/k/a
LOVE PUBLISHING LTD., JAMES BERNARD
d/b/a EXPANSION UNION, TVT MUSIC,
INC., WAX TRAX! RECORDS, INC., CLERK
OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK,

                Defendants.

------------------------------------X

Index No. 112167/07

VERIFIED
COMPLAINT

    Plaintiffs, complaining of the defendants, by their attorneys, NOEL W. HAUSER AND ASSOCIATES, respectfully show to this Court and allege:

    1.    At all times hereafter mentioned, the defendant LAWRENCE A. OMANSKY was, and now is an attorney admitted to practice before the Courts of the State of New York and the United State District Court for the Southern District of New York.

1

2. At all times hereafter mentioned, the defendant R.R. LOVE LTD. a/k/a LOVE PUBLISHING LTD. was, upon information and belief and now is a corporation organized and existing under and by virtue of the laws of the State of New York.

3. At all times hereafter mentioned, the defendant CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK was and now is empowered by the laws and Statutes of the United States to perform those duties provided by the laws of the United States, including the duty to accept currency as security for payment of money judgments and to pay such currency as directed by the United States District Courts to the person or persons entitled thereto.

4. At all times hereafter mentioned, plaintiff TREADSTONE 77 INC. was and now is a corporation organized and existing under and by virtue of the laws of the State of New York, and the principal thereof was and is the plaintiff JERRY HAUSER.

5. At all times hereafter mentioned, the plaintiffs TREADSTONE 77 INC. and JERRY HAUSER were and now are engaged in the business of collecting for hire judgments and other claims for money which remain unpaid after demand.

6. Heretofore the defendant LAWRENCE A. OMANSKY acted as the attorney for R.R. LOVE LTD. and JAMES BERNARD d/b/a EXPANSION UNION (defendants herein) in the initiation and prosecution of an action in their behalf in the United States District Court for

2

the Southern District of New York, Case No. 01 CIV 10155, against TVT MUSIC, INC., WAX TRAX! RECORDS, INC. and others, in which they were defended by defendant ROBERT J. BARSCH, an attorney.

7. The action thus commenced by the defendant LAWRENCE A. OMANSKY in behalf of the defendant R.R. LOVE LTD. and JAMES BERNARD as plaintiffs, eventually resulted in a Judgment in favor of R.R. LOVE LTD. and JAMES BERNARD and against TVT MUSIC INC. and WAX TRAX! RECORDS INC. for a sum in excess of $103,000.00.

8. Efforts on the part of the defendants LAWRENCE A. OMANSKY and R.R. LOVE LTD. and JAMES BERNARD to enforce payment of the aforesaid Judgment were unsuccessful.

9. Thereafter, the defendant LAWRENCE A. OMANSKY, acting in behalf of himself and the defendants R.R. LOVE LTD. and JAMES BERNARD, engaged the plaintiffs to enforce payment of the aforesaid Judgment and agreed to pay them a sum equal to 12 1/2% of all sums recovered plus expenses.

10. Acting upon the basis of the aforesaid engagement, the plaintiffs thereafter proceeded by taking steps necessary and appropriate to enforce the aforesaid Judgment.

11. As a result of the efforts of the plaintiffs, or those acting in their behalf, plaintiffs located assets and funds which were available for collection by way of enforcement of the aforesaid Judgment and placed restraints against other use of the funds.

3

12. The defendants TVT MUSIC, INC. and WAX TRAX! RECORDS, INC. in the aforesaid action initiated by LAWRENCE A. OMANSKY, R.R. LOVE LTD and JAMES BERNARD thereafter posted a cash bond with the CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK for a sum equal to or in excess of the amount of the Judgment, and thereafter successfully moved before the United States Court of Appeals for an enlargement of time within which to perfect its appeal from the Judgment theretofore rendered against it and in favor of the plaintiff in that action (R.R. Love Ltd., the defendant herein). Upon information and belief, these funds are currently in the hands of the CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.

13. The appeal aforesaid is currently pending before the United States Court of Appeals for the Second Circuit and remains undecided.

14. Within the recent past, the defendant LAWRENCE A. OMANSKY, acting for himself and the defendants R.R. LOVE LTD. and JAMES BERNARD in the action initiated by LAWRENCE A. OMANSKY, has since disclaimed any obligation to make payment of any sum whatever to the plaintiffs in the instant action, whether or not any payment is made by the defendants TVT MUSIC INC. and/or WAX TRAX! RECORDS, INC. to plaintiffs in that action, R.R. LOVE LTD. and JAMES BERNARD or LAWRENCE OMANSKY, or in behalf of any of

4

them.

15. Plaintiffs have elected to treat the advice aforesaid received from the said LAWRENCE OMANSKY, for himself and the defendants R.R. LOVE LTD. and JAMES BERNARD, as an anticipatory breach of contract.

16. Plaintiffs have no adequate remedy at law.

**WHEREFORE**, plaintiffs demand judgment against defendants as follows:

   a. That plaintiffs have Judgment against the defendants R.R. LOVE LTD. and JAMES BERNARD for the sum of approximately $15,000.00, or such greater or lesser sum as shall be the total sum owing to the aforesaid defendants following the entry of Judgment by the United States Court of Appeals for the Second Circuit;

   b. That (i) the CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK and the defendants TVT MUSIC INC., WAX TRAX! RECORDS, INC. and ROBERT J. BARSCH be enjoined and restrained from paying any monies to the defendants LAWRENCE A. OMANSKY, R.R. LOVE LTD. and JAMES BERNARD, or any of them, except after having made provision for the payment of the claims of the plaintiffs; and (ii) that the defendants LAWRENCE A. OMANSKY, R.R. LOVE LTD. and JAMES BERNARD be restrained from receiving any monies on account of

the aforesaid Judgment, except upon having first made payment of the claims of plaintiffs as hereinabove set forth;

c. That plaintiffs have Judgment for the costs and disbursements of this action as against the defendants LAWRENCE A. OMANSKY, R.R. LOVE LTD. and JAMES BERNARD, and that appropriate sanctions be imposed against the defendant LAWRENCE A. OMANSKY, and

e. That plaintiffs have such other, further and different relief as the Court deems proper in the premises.

DATED:   New York, New York
         August 29, 2007

                                    Yours, etc.

                                    _____
                                    NOEL W. HAUSER AND ASSOCIATES
                                    Attorneys for Plaintiffs
                                    270 Madison Avenue
                                    New York, New York 10017
                                    212   688-6400

6

INDEX NO.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

TREADSTONE 77 INC. and JERRY HAUSER,

                              Plaintiffs,

-against-

LAWRENCE A. OMANSKY, et al.,

                              Defendants.

---

## SUMMONS AND VERIFIED COMPLAINT

---

NOEL W. HAUSER AND ASSOCIATES
Attorneys for Plaintiffs
270 Madison Avenue
13th Floor
New York, New York 10016
212- 688-6400

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------X
TREADSTONE 77, INC. and JERRY HAUSER,

                        Plaintiffs,

     -against-

LAWRENCE A. OMANSKY, ROBERT J.
BARSCH, R.R. LOVE LTD. a/k/a
LOVE PUBLISHING LTD., JAMES BERNARD
d/b/a EXPANSION UNION, TVT MUSIC,
INC., WAX TRAX! RECORDS, INC., CLERK
OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK,

                        Defendants.
------------------------------------X

Index No. 112167/07

Plaintiffs designate
New York County as
the place of trial.

**SUMMONS**

The basis of venue
is defendants'
residence.

Plaintiffs'
Address is:
c/o Noel W. Hauser
270 Madison Avenue
New York, NY 10016

TO THE ABOVE NAMED DEFENDANTS

    **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve a copy of your answer, or, if the Complaint is not served with this Summons, to serve a notice of appearance on the plaintiff's attorney within 20 days after the service of this Summons, exclusive of the day of service (or within 30 days after the service is complete if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

    This is an action for monetary damages.

DATED:    New York, New York
              August 29, 2007

                                        Yours, etc.

                                        NOEL W. HAUSER AND ASSOCIATES
                                        Attorneys for Plaintiff
                                        270 Madison Avenue, 13th Floor
                                        New York, New York 10016
                                        212  688-6400

DEFENDANTS' ADDRESS: