UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
R.R. LOVE LTD. a/k/a R.R. LOVE PUBLISHING
LTD and JAMES BERNARD d/b/a EXPANSION
UNION,

                           Plaintiffs,          01 **CIVIL** 10155(SC)

            -against-                  **JUDGMENT**

TVT MUSIC, INC. and WAX TRAX! RECORDS,
INC.,

                           Defendants.
------------------------------------------------------------X

      A Jury Trial before the Honorable Samuel Conti, United States District Judge, having begun on October 30, 2006, and at the conclusion of the trial on November 2, 2006, the jury having rendered a verdict in favor of the plaintiff in the amount of $103,612.00 and the Court, thereafter, on November 7, 2006 having denied defendants' motion for a new trial or, in the alternative, modification of the verdict, it is,

      **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment in the sum of $103,612.00 as against the defendants and defendants' motion for a new trial or, in the alternative, modification of the verdict is denied.

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK
BY _____
DEPUTY CLERK

**DATED:** New York, New York
           November 8, 2006

                                                      **J. MICHAEL McMAHON**
So Ordered:                                             Clerk of Court

                                                BY: _____
   U.S.D.J.                                                  Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** 11/8/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

R.R. Love Ltd.

-vs-

TVT Music, Inc., WAX
TRAX! Records, Inc.

Case Number: 01 CIV 10155 (SC)

JUDGE: Samuel Conti

(FULL TITLE OF CASE REQUIRED IF NECESSARY
USE OTHER SIDE)

APPEARANCES: (MUST HAVE FIRM NAME & PHONE)

FOR PLAINTIFF: Lawrence A. Omansky, Esq.
51 Warren St., Suite 1W N.Y., NY 10007  (212) 571-6658

FOR DEFENDANT: _____

TRIAL (JURY) (NON-JURY) BEGUN: 10/30/06, 10/31/06 and 11/2/06.
(3 days Trial)

Jury Verdict for the plaintiff for Breach of Contract and Unjust Enrichment by the defendants. The damages awarded to plaintiff are $70,155 for Artist Royalties and $33,457 for Publishing Royalties. Post-trial Conference is scheduled for 11/7/06 at 9:30 A.M before Judge Conti courtroom 6A.

(AN EXTRACT OF THE MINUTES)

CLERK: Marilyn Ong

COURT REPORTER: Guido

(IF NECESSARY USE OTHER SIDE)