UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

R.R. LOVE LTD. a/k/a R.R. LOVE PUBLISHING LTD.
and JAMES BERNARD d/b/a EXPANSION UNION,

01 Civ. 10155 ~~(KMW)~~ (JC)

        Plaintiffs,

      -against-

TVT MUSIC, INC., WAX TRAX! RECORDS, INC.,
NEW LINE CINEMA CORPORATION, THE
AMERICAN SOCIETY OF COMPOSERS, AUTHORS
AND PUBLISHERS a/k/a ASCAP, EMI APRIL MUSIC
INC. c/o EMI MUSIC PUBLISHING, ZOMBA
ENTERPRISES INC. o/b/o itself and 111 INC. o/b/o itself
and III HILLY BILLY'Z MUZIK,  and Jane and/or John
Does a/k/a CHYLOW PARKER, FREDRO SCRUGGS,
KIRK JONES, TYRONE TAYLOR, JOHN DOE and
JANE DOE,

**ORDER PERMITTING CASH
DEPOSIT IN LIEU OF BOND**

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

      Whereas a judgment was entered on November 8, 2006 in the favor of plaintiff and against

defendants in the amount of $103,612.00; and,

      Whereas defendants duly filed a notice of appeal on December 7, 2006; and,

      Whereas defendants desire to stay enforcement of the judgment by depositing sufficient

funds into the Court's registry in lieu of a bond;

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Pursuant to Federal Rule of Civil Procedure 62, Defendants are hereby authorized and

    permitted to secure the Judgment by depositing an amount equal to 110 percent of the

Judgment, by certified check in the amount of $113,973.20 made payable to the Clerk of Court, SDNY, in the Registry of the Court in lieu of a bond.

2. The Clerk of Court is hereby directed to accept the Deposit and place the funds in an interest bearing account pending the resolution of the appeal.

3. Plaintiffs are hereby ordered, upon the Deposit by defendants into the Court's registry, to cancel and/or vacate all attachments, garnishments or other execution orders or other process heretofore served by or on behalf of Plaintiffs in furtherance of its execution of the Judgment.

**SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE
Dated: June ____6___, 2007

A CERTIFIED COPY
J. MICHAEL McMAHON,        CLERK

BY _____

2

Index No. Year 20
01 Civ. 10155 (SC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.R. LOVE LTD. a/k/a R.R. LOVE PUBLISHING LTD. and JAMES BERNARD d/b/a EXPANSION UNION,

Plaintiffs,

-v.-

TVT MUSIC, INC., WAX TRAX! RECORDS, INC.; et al.,

Defendants.

# ORDER PERMITTING CASH DEPOSIT IN LIEU OF BOND

ROBERT J. BARSCH, ESQ. RB 1612
*Attorneys for* Defendants TVT Music, Inc. and Wax Trax! Records, Inc.
60 E. 42ND STREET, SUITE 1402
NEW YORK, NEW YORK 10017
TEL. (212) 986-2251
FAX (212) 986-2238

*Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR 1200.41-a.*

*Dated:* ........................................ Signature ........................................

Print Signer's Name........................................

*Service of a copy of the within* *is hereby admitted.*

*Dated:*

*Attorney(s) for*

*PLEASE TAKE NOTICE*

Check Applicable Box

☐ NOTICE OF ENTRY — *that the within is a (certified) true copy of a entered in the office of the clerk of the within-named Court on* *20*

☐ NOTICE OF SETTLEMENT — *that an Order of which the within is a true copy will be presented for settlement to the Hon.* *, one of the judges of the within-named Court, at* *on* *20* *, at* *M.*

*Dated:*

*Attorneys for*

60 E. 42ND STREET, SUITE 1402
NEW YORK, NEW YORK 10017
TEL. (212) 986-2251
FAX (212) 986-2238

*To:*

*Attorney(s) for*

has been compared by me with the original and found to be a true and complete copy thereof.

say that: I am the attorney of record, or of counsel with the attorney(s) of record, for
I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon the following.

The reason I make this affirmation instead of ..................... is

I affirm that the foregoing statements are true under penalties of perjury.
Dated:

.........................................................................
*(Print signer's name below signature)*

STATE OF NEW YORK, COUNTY OF .....................    ss:

being sworn says: I am

in the action herein; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.
the                                              of
a corporation, one of the parties to the action; I have read the annexed
know the contents thereof and the same are true to my knowledge, except those matters therein which are stated to be alleged on information and belief, and as to those matters I believe them to be true.
My belief, as to those matters therein not stated upon knowledge, is based upon the following:

Sworn to before me on                          , 20

.........................................................................
*(Print signer's name below signature)*

STATE OF NEW YORK, COUNTY OF .....................    ss:

being sworn says: I am not a party to the action, am over 18 years of age and reside at
On                          , 20      , I served a true copy of the annexed
in the following manner:

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service addressed to the address of the addressee(s) indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

by delivering the same personally to the persons at the address indicated below:

by transmitting the same to the attorney by facsimile transmission to the facsimile telephone number designated by the attorney for that purpose. In doing so, I received a signal from the equipment of the attorney served indicating that the transmission was received, and mailed a copy of same to that attorney, in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) as indicated below, which has been designated for service by the addressee(s) or, if no such address has been designated, is the last-known address of the addressee(s):

by transmitting the same to the attorney by electronic means upon the party's written consent. In doing so, I indicated in the subject matter heading that the matter being transmitted electronically is related to a court proceeding:

by depositing the same with an overnight delivery service in a wrapper properly addressed, the address having been designated by the addressee(s) for that purpose or, if none is designated, to the last-known address of addressee(s). Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. The address and delivery service are indicated below:

Sworn to before me on                          , 20

.........................................................................
*(Print signer's name below signature)*

```
TO:   LAWRENCE A. OMANSKY, ESQ.
      Attorney for Plaintiffs
      51 Warren Street
      Suite 1W
      New York, NY 10007
      (212) 571-6658
```