**CERTIFICATE OF SERVICE**

      I, Li Yu, an Assistant United States Attorney for the Southern District of New York, hereby certify that, on November 7, 2007, I caused a copy of the Notice of Motion of Defendant J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, in *Treadstone 77, Inc., et. al., v. Omanskey, et. al.*, 07 Civ. 8454 (RMB)(MHD) and the accompanying declaration, exhibits and memorandum to be served, by Federal Express, upon counsel for plaintiffs at:

      Noel W. Hauser, Esq.
      270 Madison Avenue, 13th Floor
      New York, New York 10016

and counsel for the other defendants, by first-class mail, at:

      Lawrence A. Omansky, Esq.
      57 Front Street, Suite 3E
      Brooklyn, NY 11201

      Robert Joseph Barsch, Esq.
      60 East 42nd Street, Suite 1801
      New York, NY 10017


Dated:  New York, New York
        November 7, 2007


                                        s/ Li Yu
                                        LI YU
                                        Assistant United States
                                        Attorney