UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
TREADSTONE 77, INC., and JERRY HAUSER,

        Plaintiffs,

 -v -

LAWRENCE A. OMANSKY, ROBERT J, BARSCH, R.R. LOVE LTD. a/k/a LOVE PUBLISHING LTD., JAMES BERNARD d/b/a EXPANSION UNION, TVT MUSIC, INC., WAX TRAX! RECORDS, INC., CLERK OF THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK,

        Defendants.
------------------------------------------------------------------- x

07 Civ. 8454 (RMB)(MHD)

ECF Case

## **DECLARATION OF LI YU**

Li Yu, pursuant to 28 U.S.C. § 1746, declares, under penalty of perjury, the following:

1.    I am an Assistant United States Attorney in the Office of the United States Attorney Office for the Southern District of New York.

2.    The statements contained in this declaration are based on my personal knowledge and upon information provided to me in my official capacity. I have reviewed and verified the authenticity of the documents attached hereto, which were filed in the matter of *R.R. Love, Ltd., et. al. v. TVT Music, Inc., et. al.*, 01Civ. 10155 (AKH), a civil action currently pending in the United States District Court of the Southern District of New York (the "Love Ltd. lawsuit").

3.    Attached hereto at Exhibit A is a true and correct copy of the Judgment in the Love Ltd. lawsuit entered by United States District Judge Samuel Conti on November 8, 2006.

4.    Attached hereto at Exhibit B is a true and correct copy of the Notice of Appeal filed by TVT Music, Inc. and Wax Trax! Records, Inc. (collectively, the "Love Ltd. Defendants"), the losing defendants in the Love Ltd. lawsuit, appealing from the November 8, 2006 Judgment.

5.  Attached hereto at Exhibit C is a true and correct copy of an Order Permitting Cash Deposit In Lieu of Bond in the Love Ltd. lawsuit issued by United States District Judge John G. Koetl on June 6, 2007, as modified on June 8, 2007.

Dated: New York, New York
       November 7, 2007

                                            By: s/ Li Yu
                                                LI YU
                                                Assistant United States Attorney

2