

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
R.R. LOVE LTD. a/k/a R.R. LOVE PUBLISHING
LTD. and JAMES BERNARD d/b/a EXPANSION         01 Civ. 10155 (SC)
UNION,

                    Plaintiffs,

   -v.-                                        **NOTICE OF APPEAL
                                                    OF DEFENDANTS TVT
TVT MUSIC, INC., WAX TRAX! RECORDS, INC.;          MUSIC, INC. AND
NEW LINE CINEMA CORPORATION; THE AMERICAN          WAX TRAX! RECORDS,
SOCIETY OF COMPOSERS, AUTHORS AND                  INC.**
PUBLISHERS a/k/a ASCAP, EMI APRIL MUSIC
INC. c/o EMI MUSIC PUBLISHING, ZOMBA
ENTERPRISES INC. o/b/o itself and
111 INC. o/b/o itself and III HILL BILLY'Z
MUZIK, and Jane and/or John Does a/k/a
CHYLOW PARKER, FREDRO SCRUGGS, KIRK JONES,
TYRONE TAYLOR, JOHN DOE AND JANE DOE,

                    Defendants.
------------------------------------------------X

COUNSELLORS:

    Notice is hereby given that Defendants TVT MUSIC, INC. and WAX TRAX! RECORDS, INC., hereby appeal to the United States Court of Appeals for the Second Circuit from the annexed Judgment of the Hon. Samuel Conti, U.S.D.J., dated November 8, 2006, and entered in this action on November 8, 2006.

Dated: November 6, 2006
       New York, New York

                                            Yours, etc.,

A CERTIFIED COPY
J. MICHAEL McMAHON,       CLERK
BY [signature] DEPUTY CLERK

                                            ROBERT J. BARSCH, ESQ.
                                            RB 1612
                                            Attorney for Defendants
                                            60 East 42nd Street
                                            Suite 2501
                                            New York, NY 10017
                                            (212) 986-2251