

**RECEIVED**
NOV 13 2007
CHAMBERS OF
RICHARD M BERMAN
U.S.D.J.

*Noel W. Hauser and Associates*
*Attorneys at Law*
*270 Madison Avenue, 13th Floor*
*New York, New York 10016*
*Telephone 212-688-6400*
*Facsimile 212-688-6457*

**MEMO ENDORSED**

November 13, 2007

Honorable Richard M. Berman,
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street - Room 650
New York, New York 10007

Attention:   Andrew Brettler, Esq.

Re:   Treadstone 77 Inc.
      vs. Lawrence A. Omansky, et al
      Case No. 07 CV 8454 (RMB) (MHD)

*Adjourned to 11/19/07 @ 9:15 AM*

SO ORDERED:
Date: 11/13/07
Richard M. Berman, U.S.D.J.

Honorable Sir:

   Our office represents the plaintiff in this case which is scheduled for a conference tomorrow, November 14, 2007 at 9:30 A.M.

   Counsel for the moving defendant, Li Yu of the United States Attorneys Office, does not oppose our request for a short adjournment and we have agreed, subject to the approval of the Court for the conference to be adjourned to November 19, 2007 at 9:30 A.M., or such other early date as is convenient to the Court.

   I believe that the conference will be of very short duration and the date has been selected after conversation with Chambers.

   The adjournment is requested because I have a conference tomorrow, November 14, 2007 at 9:00 A.M. with Justice Frank M. Ciuffani, Justice of the Superior Court of New Jersey in New Brunswick, New Jersey, in which the plaintiff is the Attorney General of the State of New Jersey. The name of the case is New Jersey Attorney General vs. Save Here Distribution Inc., et al., and it has been adjourned once by Judge Ciuffani at my request,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/07

11/13/07 TUE 14:05 [TX/RX NO 7878]

Honorable Richard M. Berman,
United States District Judge
United States District Court
Southern District of New York
Page 2
November 13, 2007

to November 13; however, Judge Ciuffani thereafter advised counsel for the parties that the conference had been rescheduled to November 14, 2007.

    I will appreciate the Court's indulgence.

Respectfully yours,

*Noel W. Hauser*

Noel W. Hauser

NWH:eg
Via FAX  (212 805-6717)
and First Class Mail
cc: Li Yu, Esq.
    Assistant United States Attorney
    United States Attorney's Office
    Via FAX