UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TREADSTONE 77, INC. and JERRY HAUSER       :
                                           :
                    Plaintiffs,            :   07 Civ. 8454 (RMB)
                                           :
        -against-                          :   **ORDER OF DISMISSAL**
                                           :
LAWRENCE A. OMANSKY, et al.                :
                                           :
                    Defendants.            :
------------------------------------------------------------X

     On or about November 8, 2007, Defendant J. Michael McMahon filed a motion to dismiss for lack of subject matter jurisdiction. At a conference before the Court on November 19, 2007, Plaintiffs consented to Mr. McMahon's dismissal from this action.

     It is hereby **ORDERED**, that Defendant J. Michael McMahon's motion [Dkt. # 4] is **GRANTED** and he is dismissed from the above-entitled action.

**SO ORDERED.**

Dated: New York, New York
       November 19, 2007

                                                              _RMB_____
                                                      Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2007